**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Bryant Pierre BOONE, Defendant—**
**Appellant.**

No. 05–7414.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Feb. 2, 2006.

Bryant Pierre Boone, Appellant Pro Se. Leslie Bonner McClendon, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bryant Pierre Boone appeals the district court's order denying his motion for reconsideration of a prior order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Boone,* No. CR–96–21–A (E.D.Va. Aug. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*